**JEFFERY A. BENDAVID, ESQ.**
Nevada Bar No. 6220
**STEPHANIE J. SMITH, ESQ.**
Nevada Bar No. 11280
**MORAN BRANDON BENDAVID MORAN**
630 South 4th Street
Las Vegas, Nevada 89101
Tel: (702) 384-8424
j.bendavid@moranlawfirm.com
s.smith@moranlawfirm.com
*Attorneys for Defendants Russell Road Food and Beverage, LLC*
*d/b/a Crazy Horse III and SN Investment Properties, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| EMILY SEARS, NAJOME COLON aka GIA MACOOL, RACHEL BERNSTEIN a/k/a RACHEL KOREN, LUCY PINDER and MARIANA DAVALOS,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL ROAD FOOD AND BEVERAGE, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB; and SN INVESTMENT PROPERTIES, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB<br><br>Defendant. | Case No.: 2:19-CV-01091-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |



COMES NOW Plaintiffs, EMILY SEARS, NAJOME COLON aka GIA MACOOL, RACHEL BERNSTEIN a/k/a RACHEL KOREN, LUCY PINDER and MARIANA DAVALOS, ("Plaintiffs") by and through their counsel of record, KURT R. BONDS, ESQ. and DAVID M. SEXTON, ESQ. of ALVERSON TAYLOR & SANDERS and Defendants, RUSSELL ROAD FOOD AND BEVERAGE, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB ("Russell Road" and/or "Defendant") and SN INVESTMENT PROPERTIES LLC by and through its counsel of record, JEFFERY A. BENDAVID, ESQ. and STEPHANIE J. SMITH, ESQ. of MORAN BRANDON BENDAVID MORAN, and hereby stipulate and agree that Defendants' deadline to plead or otherwise respond to Plaintiffs' First Amended Complaint is extended from August 13, 2019 until August 16, 2019, Defendants' counsel requested additional time as they will be representing both Defendant Parties and needed additional time to finalize details of representation.

DATED this 13th day of August, 2019.

**MORAN BRANDON BENDAVID MORAN**   **ALVERSON TAYLOR & SANDERS**

/s/ Jeffery A. Bendavid, Esq.
**JEFFERY A. BENDAVID, ESQ.**
Nevada Bar No. 6220
**STEPHANIE J. SMITH, ESQ.**
Nevada Bar No. 11280
630 South 4th Street
Las Vegas, Nevada 89101
*Attorneys for Defendants*

/s/ David M. Sexton, Esq.
**KURT R. BONDS, ESQ.**
Nevada Bar No. 6228
**DAVID M. SEXTON, ESQ**
Nevada Bar No. 14951
6605 Grand Montecito Parkway #200
Las Vegas, NV 89149
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
US MAGISTRATE JUDGE

DATED: August 14, 2019

