**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EMILY SEARS, NAJOME COLON a/k/a GIA MACOOL, RACHEL BERNSTEIN a/k/a RACHEL KOREN, LUCY PINDER, and MARIANA DAVALOS<br><br>Plaintiffs,<br>vs.<br><br>RUSSELL ROAD FOOD AND BEVERAGE, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB; and SN INVESTMENT PROPERTIES, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB<br><br>Defendants. | Case No. 2:19-cv-01091-APG-NJK<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY TO MOTIONS TO DISMISS**<br><br>**(FIRST REQUEST)**<br><br>**ORDER** |

Plaintiffs EMILY SEARS, NAJOME COLON a/k/a GIA MACOOL, RACHEL BERNSTEIN a/k/a RACHEL KOREN, LUCY PINDER, and MARIANA DAVALOS (collectively, "Plaintiffs" or "Models"), and Defendants RUSSELL ROAD FOOD AND BEVERAGE, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB; and SN INVESTMENT PROPERTIES, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB ("Defendants" or "Crazy Horse") by and through their respective counsel, file this stipulation to extend the time for Plaintiffs to File their Responses to Defendants' Motions to Dismiss (ECF No. 14 and ECF

1                                                                                                                KB/26281

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000

16)an Answer or Otherwise Respond to Plaintiff's Complaint.

On June 24, 2019, Plaintiffs filed their initial Complaint, with a First Amended Complaint being filed on July 18, 2019. Defendant Russell Road Food And Beverage, LLC and Defendant SN Investment Properties, LLC., both filed Motions to dismiss (ECF No's.: 14 and 16 respectively) on August 16, 2019. The current deadline for Plaintiffs to respond to Defendants motions to dismiss is August 30, 2019.

Plaintiffs require additional time to respond to the motions to dismiss as Plaintiffs' counsel had to leave the office unexpectedly yesterday and will be out of the office for the next week due to a family emergency. Defendants have agreed to extend the deadline in which Plaintiffs have to respond to the Motions to Dismiss up to and including September 13, 2019. This is the first stipulation for extension of time for Plaintiffs to respond to the Defendants' Motions to Dismiss.

**IT IS SO STIPULATED**.

DATED this 29th day of August, 2019.

| ALVERSON TAYLOR & SANDERS | MORAN BRANDON BENDAVID MORAN |
|---|---|
| /s/ Kurt R. Bonds | /s/ Jeffrey A. Bendavid |
| KURT R. BONDS, ESQ. | JEFFREY A. BENDAVID, ESQ. |
| Nevada Bar No. 6228 | Nevada Bar No. 6220 |
| DAVID M. SEXTON, ESQ. | STEPHANIE J. SMITH, ESQ. |
| Nevada Bar No. 14951 | Nevada Bar No. 11280 |
| 6605 Grand Montecito Parkway, Suite 200 | 630 S Fourth St Ste 400 |
| Las Vegas, Nevada 89149 | Las Vegas, NV 89101- |
| (702) 384-7000 | |
| *Attorneys for Plaintiffs* | *Attorney for Defendants* |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE
Dated: August 29, 2019.

2

KB/26281