# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EMILY SEARS, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>RUSSELL ROAD FOOD AND BEVERAGE, LLC, et al,<br><br>    Defendants | Case No.: 2:19-cv-01091-APG-NJK<br><br>**Order Granting Stipulation for Settlement Conference**<br><br>[ECF No. 65] |

I ORDER that the parties' stipulation for a settlement conference **(ECF No. 65) is GRANTED**.

I FURTHER ORDER that this case is REFERRED to a magistrate judge other than Magistrate Judge Koppe for a mandatory settlement conference. The clerk of court is directed to randomly assign a different magistrate judge solely for the purposes of scheduling and conducting a mandatory settlement conference.

DATED this 31st day of March, 2021.

                                                                                   ANDREW P. GORDON
                                                                                   UNITED STATES DISTRICT JUDGE