**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| EMILY SEARS, NAJOME COLON a/k/a GIA MACOOL, RACHEL BERNSTEIN a/k/a RACHEL KOREN, LUCY PINDER, and MARIANA DAVALOS<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL ROAD FOOD AND BEVERAGE, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB; and SN INVESTMENT PROPERTIES, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB<br><br>Defendants. | Case No. 2:19-cv-01091-APG-NJK<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFF REPRESENTATIVE TO REPRESENT ALL PLAINTIFFS AT SETTLEMENT CONFERENCE** |

COMES NOW Plaintiffs, EMILY SEARS, NAJOME COLON aka GIA MACOOL, RACHEL BERNSTEIN a/k/a RACHEL KOREN, LUCY PINDER[1] and MARIANA DAVALOS, ("Plaintiffs") by and through their counsel of record, KURT R. BONDS, ESQ. and DAVID M. SEXTON, ESQ. of ALVERSON TAYLOR & SANDERS and Defendants, RUSSELL ROAD FOOD AND BEVERAGE, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB ("Russell Road") and SN INVESTMENT PROPERTIES LLC ("SN Investment")

---
[1] Lucy Pinder was previously dismissed from this matter. [Dkt. 46].

1   KRB/26281

(collectively with Russell Road, "Defendants") by and through its counsel of record, JEFFERY A. BENDAVID, ESQ. and STEPHANIE J. SMITH, ESQ. of BENDAVID LAW, and respectfully submit the following stipulation requesting that the Court allow one Plaintiff with settlement authority to represent all named Plaintiffs in this matter at the Settlement Conference currently scheduled for May 28, 2021 at 9:00 AM.

**I.**

**INTRODUCTION**

This case is a dispute that revolves around the alleged misappropriation of Plaintiffs' images by Defendants, which Defendants fully dispute. The Parties have performed significant discovery in this matter and submitted a stipulated request for a Settlement Conference to this Court on March 30, 2021. *See* ECF No. 65. The Court granted that stipulation and scheduled this matter for a Settlement Conference on May 28, 2021 at 9:00 AM. *See* ECF Nos. 67, 68 & 69. The Parties have discussed and agree that allowing the Plaintiffs to nominate one Plaintiff to represent all Plaintiffs at the Settlement Conference will allow the Settlement Conference to proceed in a timely and efficient manner. Pursuant to the agreement of the Parties regarding allowing one Plaintiff to represent all Plaintiffs at the Settlement Conference, the Parties submit this stipulation to the Court to request the Court's approval of this agreement and to allow one Plaintiff to appear at the Settlement Conference to represent all Plaintiffs.

**II.**

**PARTICIPATION IN SETTLEMENT CONFERENCE**

The Court granted the Parties' stipulation regarding a Settlement Conference on April 1, 2021. *See* ECF No. 67. In the Court's Order Setting Settlement Conference, the Court ordered that all individual parties must participate in the settlement conference. *See* ECF No. 69. Following the entry of this Order, counsel for all Parties conferred and it was agreed between all

KRB/26281

Parties and their respective counsel that, if the Court would permit it, Plaintiffs would be represented by a single Plaintiff at the Settlement Conference, as long as this Plaintiff was authorized to represent the interests of all Plaintiffs and had authority to settle the matter for all Plaintiffs.

There are four Plaintiffs remaining in this matter, and they live in multiple different time zones in the United States and other countries, including Colombia. This makes it difficult for all Plaintiffs to participate in a Settlement Conference at the same time. Along with the challenge of multiple times zones, just trying to coordinate the schedules of four Plaintiffs, two Defendants, and their respective counsel (as well as a translator for Plaintiff Mariana Davalos) could potentially prove a significant obstacle. In order to avoid these issues and move forward with this case and the Settlement Conference in a timely and efficient manner, the Parties have discussed options and agree that allowing one Plaintiff to participate as a representative of the other Plaintiffs, and with full authority to speak for them and settle on their behalf, is the best solution. The claims alleged by each Plaintiff are very similar (i.e., that their images were misused without permission, authority, or compensation in violation of state and Federal law, which Defendants dispute) which reduces any problems that might otherwise arise from allowing one Plaintiff to represent all four Plaintiffs. The Parties and their counsel have discussed this stipulation and agree that it is in the best interest of all Parties for the Court to allow this request. The Parties and their counsel further affirm that this stipulated request is made in good faith and not for any unfair or improper purpose.

### III.

### CONCLUSION

Based on the foregoing, the Parties hereby stipulate and agree to allow one Plaintiff to be appointed as a representative of all Plaintiffs and appear at the Settlement Conference in this

matter on behalf of all Plaintiffs. The Plaintiff representative will have full authority to speak for all Plaintiffs and agree to a settlement on behalf of all Plaintiffs. The Parties make this request pursuant to the Order of the Court stating that all Parties must appear at the Settlement Conference unless otherwise ordered by the Court. The Parties respectfully request that this Court grant the foregoing stipulation.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: May 20,2021 | Dated: May 20, 2021 |
| **ALVERSON TAYLOR & SANDERS** | **BENDAVID LAW** |
| By: /s/ *David M. Sexton, Esq.* | By: */s/ Stephanie J. Smith* |
| **DAVID M. SEXTON, ESQ.** | **STEPHANIE J. SMITH, ESQ.** |
| Nevada Bar No. 14951 | Nevada Bar No. 11280 |
| 6605 Grand Montecito Parkway, Suite 200 | 7301 Peak Dr., Suite 150 |
| Las Vegas, Nevada 89149 | Las Vegas, Nevada 89128 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

### ORDER

IT IS ORDERED that the parties' stipulation is GRANTED in part and DENIED in part as follows: only 1 plaintiff need appear at the upcoming settlement conference; the attendance of the remaining plaintiffs is excused on the basis of good cause, but only on condition that plaintiffs' counsel--not plaintiff--obtain full settlement authority for the nonappearing plaintiffs. IT IS FURTHER ORDERED that plaintiffs' counsel must file a notice with the Court by May 27, 2021, informing the Court whether counsel was able to obtain full settlement authority on behalf of the nonappearing plaintiffs.

**IT IS SO ORDERED.**

DATED: May 25, 2021

_____
UNITED STATES MAGISTRATE JUDGE