**SAO**
**JEFFERY A. BENDAVID, ESQ.**
Nevada Bar No. 6220
**STEPHANIE J. SMITH, ESQ.**
Nevada Bar No. 11280
**BENDAVID LAW**
7301 Peak Drive Suite 150
Las Vegas, Nevada 89128
Tel: (702) 385-6114
jbendavid@bendavidfirm.com
ssmith@bendavidfirm.com
*Defendants Russell Road Food and Beverage, LLC*
*d/b/a Crazy Horse III and*
*SN Investment Properties, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EMILY SEARS, NAJOME COLON aka GIA MACOOL, RACHEL BERNSTEIN a/k/a RACHEL KOREN, LUCY PINDER and MARIANA DAVALOS,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL ROAD FOOD AND BEVERAGE, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB; and SN INVESTMENT PROPERTIES, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB<br><br>Defendant. | Case No.: 2:19-CV-01091-APG-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE DATE** |

COMES NOW Plaintiffs, EMILY SEARS, NAJOME COLON aka GIA MACOOL, RACHEL BERNSTEIN a/k/a RACHEL KOREN, and MARIANA DAVALOS, ("Plaintiffs") by and through their counsel of record, KURT R. BONDS, ESQ. and DAVID M. SEXTON, ESQ. of ALVERSON TAYLOR & SANDERS and Defendants, RUSSELL ROAD FOOD

AND BEVERAGE, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB ("Russell Road") and SN INVESTMENT PROPERTIES LLC (collectively with Russell Road, "Defendants") by and through its counsel of record, JEFFERY A. BENDAVID, ESQ. and STEPHANIE J. SMITH, ESQ. of BENDAVID LAW, and hereby stipulate and agree to continue the settlement conference with Honorable Judge Brenda Weksler presently scheduled on June 28, 2021 at 1:00 p.m. to July 16, 2021 at 1:00 p.m.

Dated this 25th day of June, 2021.

| BENDAVID LAW | ALVERSON TAYLOR & SANDERS |
|---|---|
| */s/ Jeffery A. Bendavid, Esq.* | */s/ David M. Sexton, Esq.* |
| **JEFFERY A. BENDAVID, ESQ.** | **KURT R. BONDS, ESQ.** |
| Nevada Bar No. 6220 | Nevada Bar No. 6228 |
| **STEPHANIE J. SMITH, ESQ.** | **DAVID M. SEXTON, ESQ** |
| Nevada Bar No. 11280 | Nevada Bar No. 14951 |
| 7301 Peak Dr., Suite 150 | 6605 Grand Montecito Parkway #200 |
| Las Vegas, NV 89128 | Las Vegas, NV 89149 |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

Dated: June 28, 2021

**IT IS SO ORDERED.**

_____
US DISTRICT COURT MAGISTRATE JUDGE