| | |
|---|---|
| 1 | **JEFFERY A. BENDAVID, ESQ.** |
| 2 | Nevada Bar No. 6220<br>**STEPHANIE J. SMITH, ESQ.** |
| 3 | Nevada Bar No. 11280<br>**BENDAVID LAW** |
| 4 | 7301 Peak Drive Suite 150 |
| 5 | Las Vegas, Nevada 89128<br>Tel: (702) 385-6114 |
| 6 | jbendavid@bendavidfirm.com<br>ssmith@bendavidfirm.com |
| 7 | *Defendants Russell Road Food and Beverage, LLC* |
| 8 | *d/b/a Crazy Horse III and*<br>*SN Investment Properties, LLC* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EMILY SEARS, NAJOME COLON aka GIA MACOOL, RACHEL BERNSTEIN a/k/a RACHEL KOREN, LUCY PINDER and MARIANA DAVALOS,<br><br>            Plaintiffs,<br><br>  vs.<br><br>RUSSELL ROAD FOOD AND BEVERAGE, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB; and SN INVESTMENT PROPERTIES, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB<br><br>            Defendant. | Case No.: 2:19-CV-01091-APG-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE DATE** |

COMES NOW Plaintiffs, EMILY SEARS, NAJOME COLON aka GIA MACOOL, RACHEL BERNSTEIN a/k/a RACHEL KOREN, and MARIANA DAVALOS, ("Plaintiffs") by and through their counsel of record, KURT R. BONDS, ESQ. and DAVID M. SEXTON, ESQ. of ALVERSON TAYLOR & SANDERS and Defendants, RUSSELL ROAD FOOD AND BEVERAGE, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB ("Russell Road")

and SN INVESTMENT PROPERTIES LLC (collectively with Russell Road, "Defendants") by and through its counsel of record, JEFFERY A. BENDAVID, ESQ. and STEPHANIE J. SMITH, ESQ. of BENDAVID LAW, and hereby submit this Stipulation and Order concurrently with the Status Report pursuant to Judge Weksler's minute order. [Dkt. 81]. The Parties currently have a continued settlement conference on August 23, 2021, however, they are jointly requesting that the settlement conference be continued an additional four to six weeks based on the status of negotiations. The Parties also stipulate and request for the present stay, currently set to expire on August 23, 2021, to also be continued in order to avoid additional litigation costs in the hopes of maintaining and continuing the settlement negotiations.

Dated this 19th day of August, 2021.

| BENDAVID LAW | ALVERSON TAYLOR & SANDERS |
|---|---|
| */s/ Jeffery A. Bendavid, Esq.* | */s/ David M. Sexton, Esq.* |
| **JEFFERY A. BENDAVID, ESQ.** | **KURT R. BONDS, ESQ.** |
| Nevada Bar No. 6220 | Nevada Bar No. 6228 |
| **STEPHANIE J. SMITH, ESQ.** | **DAVID M. SEXTON, ESQ** |
| Nevada Bar No. 11280 | Nevada Bar No. 14951 |
| 7301 Peak Dr., Suite 150 | 6605 Grand Montecito Parkway #200 |
| Las Vegas, NV 89128 | Las Vegas, NV 89149 |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

The Settlement Conference will be continued to November 17th, 2021 at 9:00 a.m. The parties must email Radia_Amari@nvd.uscourts.gov by November 11, 2021 to receive a Zoom invitation.

**IT IS SO ORDERED**

**DATED:** 10:18 am, August 20, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**