**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EMILY SEARS, NAJOME COLON a/k/a GIA MACOOL, RACHEL BERNSTEIN a/k/a RACHEL KOREN, LUCY PINDER and MARIANA DAVALOS<br><br>Plaintiffs,<br>vs.<br><br>RUSSELL ROAD FOOD AND BEVERAGE, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB; and SN INVESTMENT PROPERTIES, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB<br><br>Defendants. | Case No. 2:19-cv-01091-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |

COME NOW Plaintiffs, EMILY SEARS, NAJOME COLON a/k/a GIA MACOOL, RACHEL BERNSTEIN a/k/a RACHEL KOREN, LUCY PINDER[1] and MARIANA DAVALOS (collectively "Plaintiffs") by and through their counsel of record, the law firm of Alverson Taylor & Sanders, and Defendants, RUSSELL ROAD FOOD AND BEVERAGE, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB; and SN INVESTMENT PROPERTIES, LLC ("Defendants") by and through their counsel of record, the law firm of

---
[1] Lucy Pinder was previously dismissed from this matter. [Dkt. 46].

1                                                                                KRB/26281

Bendavid Law, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the Court dismiss this action with prejudice. There are no counterclaims, cross-claims, or third-party claims pending in this civil action. The Parties agree that should the Court approve this stipulation and dismiss this action, each side will bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 13th day of January, 2022.   DATED this 13th day of January, 2022.

**ALVERSON TAYLOR & SANDERS**   **BENDAVID LAW**

*/s/ David M. Sexton*   */s/ Stephanie J. Smith*
KURT R. BONDS, ESQ.   JEFFERY A. BENDAVID, ESQ.
DAVID M. SEXTON, ESQ.   STEPHANIE J. SMITH, ESQ.
6605 Grand Montecito Parkway, Suite 200   7301 Peak Dr., Suite 150
Las Vegas, NV 89149   Las Vegas, Nevada 89128
*Attorneys for Plaintiffs*   *Attorneys for Defendants*

**ORDER**

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the Stipulation is **approved**. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this 14th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE

N:\CLIENTS\26200\26281\pleading\SAO to Dismiss with Prejudice.docx